THOMAS GODFREY v. EVER READY LABEL CORP.

July 14, 1982.

ORDERED that, the Court having reviewed this matter and good cause appearing, the order of the Appellate Division is summarily reversed and the matter is remanded to that Court for a reinstatement of the appeal; provided, however, that appellant files its brief and appendix within one week of the filing date of this Order and that Donald S. MacLachlan, Esquire, pays a $200 personal sanction, not chargeable to any client, to the Clerk of this Court within one week of the filing date of this Order. Justice O'Hern would summarily affirm the order of dismissal by the Appellate Division.

STATE OF NEW JERSEY v. MICHAEL WRIGHT.

July 14, 1982.

ORDERED that the motion for reconsideration and for a recall of the judgment is granted, and the order of this Court dated May 26, 1982, is summarily modified to the end that the matter is remanded for a new trial on Count I as well as Count IV of Indictment # 658–79.

LINDA GILMORE v. DEPARTMENT OF HUMAN SERVICES.

July 19, 1982.

Certification is granted, the judgment of the Appellate Division is summarily reversed and the matter is remanded to the

Division of Public Welfare, Department of Human Services, for reconsideration in the light of *Tufaro v. Human Services,* 90 *N.J.* 538 (1982).

DIANA MAJEWSKI v. DEPARTMENT OF HUMAN SERVICES.

July 19, 1982.

Certification is granted, the judgment of the Appellate Division is summarily reversed and the matter is remanded to the Division of Public Welfare, Department of Human Services, for reconsideration in the light of *Tufaro v. Human Services,* 90 *N.J.* 538 (1982).

CAROL BARTON v. DEPARTMENT OF HUMAN SERVICES.

July 19, 1982.

Certification is granted, the judgment of the Appellate Division is summarily reversed and the matter is remanded to the Division of Public Welfare, Department of Human Services, for reconsideration in the light of *Tufaro v. Human Services,* 90 *N.J.* 538 (1982).

MARILYN MURRAY v. DEPARTMENT OF HUMAN SERVICES.

July 19, 1982.

Motion for reconsideration of the denial of certification (87 *N.J.* 412 (1981)) is granted, the petition for certification is